UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY J. FUTIA, JR.,
                Plaintiff,

v.

RAYMOND ROBERTS; DOUGLAS
O'DONNELL; CHASE BANK; BANK OF
GREENE COUNTY; TIMOTHY C. IDONI; and
KILOLO KIJAKAZI,
                Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1774 (VB)

      On February 2, 2023, plaintiff, proceeding <u>pro se</u>, commenced this action by filing a summons and complaint in Supreme Court, Westchester County. (Doc. #1-1). On March 1, 2023, defendants Raymond Roberts, Douglas O'Donnell, and Kilolo Kijakazi removed the case to this Court. (Doc. #1).

      On April 12, 2023, defendant Timothy C. Idoni filed a motion to dismiss pursuant to Rules 12(b)(2), 12(b)(5) and 12(b)(6). (Doc. #22). On April 13, 2023, defendant Chase Bank ("Chase") filed a motion to dismiss pursuant to Rule 12(b)(6). (Doc. #28).

      By Order dated April 7, 2023, the Court directed plaintiff to file a single response to both (i) Idoni's motion to dismiss, and (ii) Chase's motion to dismiss, by May 15, 2023. (Doc. #20). Further, by Orders dated March 14, 2023, and April 7, 2023, the Court directed Idoni and Chase to file replies, if any, by June 1, 2023. (Docs. ##10, 20).

      To date, plaintiff has not responded to Idoni's motion to dismiss or Chase's motion to dismiss.

      Accordingly, it is hereby ORDERED:

      1.    Plaintiff's deadline to file a single response to both (i) Idoni's motion to dismiss, and (ii) Chase's motion to dismiss, is <u>sua sponte</u> extended to **June 15, 2023**.

      2.    By **June 29, 2023**, Idoni and Chase shall file their replies, if any.

      3.    <u>**No further extensions of plaintiff's deadline to oppose Idoni's and Chase's motions shall be granted. Should plaintiff fail to oppose Idoni's and Chase's motions to dismiss by June 15, 2023, the Court will deem the motions fully submitted and decide them in due course.**</u>

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. <u>Cf</u>. <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

1

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: May 22, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge