UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY J. FUTIA, JR.,
                 Plaintiff,

v.

RAYMOND ROBERTS, DOUGLAS
O'DONNELL, CHASE BANK, BANK OF
GREENE COUNTY, WESTCHESTER
COUNTY CLERK TIMOTHY C. IDONI, SSA
COMMISSIONER KILOLO KIJAKZI,
                 Defendants.
------------------------------------------------------------x

DOCU___
ELECTRONICALL_ ___
DOC #: _____
DATE FILED: 6/15/2023

**ORDER**

23 CV 1774 (VB)

Copies Mailed/Faxed 6/15/23 LC
Chambers of Vincent L. Briccetti

On June 15, 2023, plaintiff, proceeding pro se, filed a document entitled "Jurisdiction Challenge" (Doc. #37), which is identical to the document entitled "Jurisdiction Challenge" plaintiff previously filed on March 29, 2023. (Doc. #12).

By Order dated April 25, 2023, the Court construed plaintiff's "Jurisdiction Challenge" dated March 29, 2023, as a motion to remand, and denied the motion. (Doc. #33).

For the reasons set forth in the Court's Order dated April 25, 2023, the Court construes plaintiff's "Jurisdiction Challenge" dated June 15, 2023, as a renewed motion to remand, and DENIES plaintiff's request. (Doc. #37).

Plaintiff is directed to take note of the following: The Court has neither the time nor the inclination to review plaintiff's repetitive and/or frivolous submissions requesting previously-denied relief. **Plaintiff is warned that should such conduct continue, the Court may impose appropriate sanctions under its inherent authority or under Rule 11(c) of the Federal Rules of Civil Procedure.**

1

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444 -45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 15, 2023
      White Plains, NY                SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge