UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Copies Mailed/Faxed 10/12/23
Chambers of Vincent L. Briccetti

------------------------------------------------------------x
ANTHONY J. FUTIA, JR.,

        Plaintiff,

v.

RAYMOND ROBERTS; DOUGLAS
O'DONNELL; CHASE BANK; BANK OF
GREENE COUNTY; WESTCHESTER
COUNTY CLERK TIMOTHY C. IDONI; and
SSA COMMISSIONER KILOLO KIJAKZI,

        Defendants.
------------------------------------------------------------x

**ORDER**

23 CV 1774 (VB)

10/12/23

    On October 5, 2023, plaintiff, proceeding pro se, filed a document entitled "2nd Demand for Oaths & Bonds," demanding that "All officer of this court and any defendant that is a government agent is to file a copy of their oaths, bonds and financials with this court." (Doc. #52). Plaintiff's request is DENIED because the relief he seeks is not grounded in any law—i.e., it is frivolous.

    By Order dated August 8, 2023, the Court made it clear to plaintiff that his pro se status did not give him the right to submit repetitive and/or frivolous filings, and specifically ordered him to cease doing so. (Doc. #51). The Court has further warned plaintiff on two prior occasions that should such conduct continue, the Court will impose appropriate sanctions under its inherent authority or under Rule 11(c) of the Federal Rules of Civil Procedure. (Docs. ##38, 40). Though he is proceeding pro se, plaintiff is a sophisticated, experienced litigant capable of understanding and complying with the Court's orders.

    By October 26, 2023, plaintiff shall show cause in writing why the Court should not impose an appropriate financial sanction on him for deliberately violating court orders. Plaintiff's written submission, whatever else it may contain, shall include an accurate and current personal financial statement.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 12, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge