**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X
ANTHONY J. FUTIA, JR.,

                       Plaintiff,
    -against-                                  23 **CIVIL** 1774 (VB)

                                                    **JUDGMENT**

RAYMOND ROBERTS; DOUGLAS O'DONNELL;
CHASE BANK; BANK OF GREENE COUNTY;
WESTCHESTER COUNTY CLERK TIMOTHY C.
IDONI; and SSA COMMISSIONER KILOLO KIJAKAZI,

                       Defendant.
------------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 28, 2023, the motions to dismiss are GRANTED. All of plaintiff's claims against all defendants are DISMISSED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962). Accordingly the case is closed.

**Dated:**  New York, New York

      November 29, 2023

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                                      **BY:**         _____
                                                               **Deputy Clerk**